IN RE Rodolph, John J. _____    Case No. **10-14491-JNF**
                    Debtor(s)                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---:|---:|
| 297 Howard Street<br>Rockland, MA | Fee Simple | | 165,000.00 | 60,000.00 |
| 458 Market Street<br>Rockland, MA | Fee Simple | | 255,000.00 | 214,956.64 |
| 80 Walnut Street<br>Abington, MA | Fee Simple | | 300,000.00 | 321,560.00 |
| | | **TOTAL** | **720,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rodolph, John J. _____ Case No. __10-14491-JNF__
                      Debtor(s)                                  (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Weymouth Bank Checking Account | | 685.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | TV, Bedroom and Living Room Furniture | | 850.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous | | 150.00 |
| 6. Wearing apparel. | | Miscellaneous | | 350.00 |
| 7. Furs and jewelry. | | 2 watches and 2 rings | | 375.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 Rifles | | 420.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Roth IRA | | 14,651.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 30% Interest in Church Street LLC | | 0.00 |
| | | 50% Interest in Green Hill Investments LLC | | 0.00 |
| | | 99% Interest in Jack LLC | | 0.00 |
| | | 99% Interest in SM and F LLC (LLC owns 40 Summer Street, Weymouth, MA; 63 Franklin | | 0.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.
Case 10-14491    Doc 15    Filed 05/11/10    Entered 05/11/10 14:51:53    Desc Main
Document    Page 3 of 18

IN RE Rodolph, John J.
_____
Debtor(s)

Case No. 10-14491-JNF
_____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Avenue, Rockland, MA; 316-18 Middle Street, Weymouth, MA) | | |
| | | Jeslyn, Inc. | | 0.00 |
| | | John J. Rodolph Revocable Trust | | 0.00 |
| | | Trustee (not beneficiary) of Edwards House Realty Trust (trust owns 693 Washington Street, Abington, MA) | | 0.00 |
| | | Trustee (not beneficiary) of Jeslyn Realty Trust (trust owns 443 Adams Street, Abington, MA) | | 0.00 |
| | | Trustee (not beneficiary) of Pleasant Union Realty Trust II (trust owns 8 Union Street, Weymouth, MA) | | 0.00 |
| | | Trustee (not beneficiary) of Sandwich Realty Trust (trust owns 101 Sandwich Street, Plymouth, MA) | | 0.00 |
| | | Two Mile Road Realty Trust | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Secured Promissory Note from Christopher Cobb ($120,000 face amount in litigation) | | 65,000.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rodolph, John J.** _____ Case No. **10-14491-JNF**
                Debtor(s)                 (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Lexus LX 470** | | 12,990.00 |
| | | **2004 Ford F250** | | 2,963.00 |
| | | **2004 Ford F350** | | 3,540.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment** | | 850.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Miscellaneous Tools** | | 260.00 |
| 30. Inventory. | | **Miscellaneous** | | 180.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 103,464.00 |

  **0** continuation sheets attached               (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rodolph, John J. _____   Case No. __10-14491-JNF__
                            Debtor(s)                                                                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☑ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| 297 Howard Street Rockland, MA | MGLA c.188 § 1 | 500,000.00 | 165,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Cash | MGLA c.235 § 34(1) | 75.00 | 200.00 |
| Weymouth Bank Checking Account | MGLA c. 246 § 28(a) | 500.00 | 685.00 |
| | MGLA c.235 § 34(15) | 125.00 | |
| TV, Bedroom and Living Room Furniture | MGLA c.235 § 34(2) | 3,000.00 | 850.00 |
| Miscellaneous | MGLA c.235 § 34(3) | 200.00 | 150.00 |
| Miscellaneous | MGLA c.235 § 34(1) | 1,200.00 | 350.00 |
| Roth IRA | MGLA c.235 § 34A | 14,651.00 | 14,651.00 |
| 2003 Lexus LX 470 | MGLA c.235 § 34(16) | 700.00 | 12,990.00 |

\* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rodolph, John J. _____ Case No. **10-14491-JNF**
                    Debtor(s)                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **130439646** <br> **Countrywide** <br> **P.O. Box 5170** <br> **Simi Valley, CA  93062** | | | **80 Walnut St. Abington, MA** <br><br> VALUE $ **300,000.00** | | | | **321,560.00** | **21,560.00** |
| ACCOUNT NO. **1576393** <br> **PNC Mortgage** <br> **C/O Harmon Law Offices, Erin Wright, Esq** <br> **150 California Street** <br> **Newton, MA  02458** | | | **National City assigned or sold mortgage and note to PNC Mortgage.** <br> **458 Market Street, Rockland, MA** <br><br> VALUE $ **255,000.00** | | | | **214,956.64** | |
| ACCOUNT NO. <br> **Wembley LLC** <br> **89 Pleasant Street** <br> **Weymouth, MA  02190** | | | **1st mortgage - 1/29/10** <br> **297 Howard Street** <br><br> VALUE $ **165,000.00** | | | | **60,000.00** | |
| ACCOUNT NO. | | | <br> VALUE $ | | | | | |

___0___ continuation sheets attached

Subtotal (Total of this page) $ **596,516.64** | $ **21,560.00**

Total (Use only on last page) $ **596,516.64** | $ **21,560.00**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE Rodolph, John J. _____    Case No. __10-14491-JNF__
                              Debtor(s)                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____2____ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rodolph, John J. _____ Case No. **10-14491-JNF**
  Debtor(s)    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1498** <br> **Town Of Abington** <br> **500 Gliniewicz Way** <br> **Abington, MA 02351** | | | | | | X | 1,512.00 | 1,512.00 | |
| ACCOUNT NO. **010524** <br> **Town Of Abington** <br> **P.O. Box 2011** <br> **Abington, MA 02351** | | | | | | X | 500.00 | 500.00 | |
| ACCOUNT NO. **010483** <br> **Town Of Abington** <br> **P.O. Box 2198** <br> **Abington, MA 02351** | | | | | | X | 990.00 | 990.00 | |
| ACCOUNT NO. **010525** <br> **Town Of Abington** <br> **P.O. Box 2198** <br> **Abington, MA 02351** | | | | | | X | 926.00 | 926.00 | |
| ACCOUNT NO. **9294** <br> **Town Of Marshfield** <br> **870 Moraine Street** <br> **Marshfield, MA 02050** | | | | | | X | 1,241.00 | 1,241.00 | |
| ACCOUNT NO. **9296** <br> **Town Of Marshfield** <br> **870 Moraine Street** <br> **Marshfield, MA 02050** | | | | | | X | 1,895.00 | 1,895.00 | |

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **7,064.00** $ **7,064.00** $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rodolph, John J.                                          Case No. 10-14491-JNF
_____                    _____
              Debtor(s)                                                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9293 **Town Of Marshfield** 870 Moraine Street Marshfield, MA 02050 | | | | | | X | 100.00 | 100.00 | |
| ACCOUNT NO. 9295 **Town Of Marshfield** 870 Moraine Street Marshfield, MA 02050 | | | | | | X | 2,493.00 | 2,493.00 | |
| ACCOUNT NO. F16-6 **Town Of Pembroke** P.O. Box 981053 Boston, MA 01198-1053 | | | | | | X | 302.00 | 302.00 | |
| ACCOUNT NO. 39-0265 **Town Of Rockland** P.O. Box 4122 Woburn, MA 01888-4122 | | | | | | X | 6,256.00 | 6,256.00 | |
| ACCOUNT NO. 39-0267 **Town Of Rockland** P.O. Box 4122 Woburn, MA 01888-4122 | | | | | | X | 970.00 | 970.00 | |
| ACCOUNT NO. **Town Of Whitman** 54 South Avenue Whitman, MA 02382 | | | | | | X | 0.00 | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 10,121.00 | $ 10,121.00 | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 17,185.00

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 17,185.00 | $

B6F (Official Form 6F) (12/07)

IN RE Rodolph, John J. _____ Case No. **10-14491-JNF**
           Debtor(s)                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Adams & Sammon** <br> **Counsellors At Law** <br> **800 Hingham Street, Suite 200N** <br> **Rockland, MA 02070** | | | | | | | 13,800.00 |
| ACCOUNT NO. 3173846 <br> **Allied Waste Services** <br> **P.O. Box 9001099** <br> **Louisville, KY 40290-1099** | | | | | | | 200.00 |
| ACCOUNT NO. 3173838 <br> **Allied Waste Services** <br> **P.O. Box 9001099** <br> **Louisville, KY 40290-1099** | | | | | | | 366.00 |
| ACCOUNT NO. 4486 <br> **Anderson & Kreiger LLP** <br> **One Canal Park, Suite 200** <br> **Cambridge, MA 02141-1714** | | | | | | | 6,052.27 |

_6_ continuation sheets attached

Subtotal (Total of this page) $ **20,418.27**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.
Case 10-14491   Doc 15   Filed 05/11/10   Entered 05/11/10 14:51:53   Desc Main Document   Page 11 of 18

IN RE Rodolph, John J. _____  Case No. **10-14491-JNF**
                Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0020910360<br>Chase Mortgage<br>P.O. Box 24573<br>Columbus, OH 43224 | | | 521 Spring Street, Marshfield<br>Foreclosed 12/09 - Deficiency claim | | | X | 74,270.00 |
| ACCOUNT NO. 2710567567<br>Citibank<br>P.O. Box 790110<br>St. Louis, MO 63179 | | | 521 Spring Street, Marshfield<br>Foreclosed 12/09 | | | | 150,000.00 |
| ACCOUNT NO. RO0906<br>Clean Harbor Env. Services<br>42 Longwater Drive<br>P.O. Box 9149<br>Norwell, MA 02061-9149 | | | | | | | 70,847.02 |
| ACCOUNT NO. 160222944<br>Countrywide<br>P.O. Box 5170<br>Simi Valley, CA 93062 | | | Property that formerly secured claim was foreclosed. | | | | unknown |
| ACCOUNT NO.<br>Creed & Formica<br>1775 Ocean Street<br>Marshfield, MA 02050 | | | | | | | uncertain |
| ACCOUNT NO.<br>Ed May Fencing Contractor<br>37 Pine Street<br>Middleboro, MA 02346 | | | | | | | 8,483.00 |
| ACCOUNT NO.<br>Geogan & Geogan, P.C.<br>379 Union Street<br>P.O. Box 313<br>Rockland, MA 02370 | | | | | | | 703.00 |

Sheet no. **1** of **6** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **304,303.02**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

Case 10-14491    Doc 15    Filed 05/11/10    Entered 05/11/10 14:51:53    Desc Main
Document    Page 12 of 18

IN RE Rodolph, John J.
_____
Debtor(s)

Case No. 10-14491-JNF
_____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. E10-Chur<br>Group 2 Advertising, Inc.<br>2002 Ludlow Street<br>Philadelphia, PA 19103 | | | | | | | 3,730.00 |
| ACCOUNT NO. 25-00005835<br>Hingham Institute For Savings<br>55 Main Street<br>Hingham, MA 02043 | X | | Promissory Note | | | | 150,000.00 |
| ACCOUNT NO.<br>Jay Creed<br>1775 Ocean Street<br>Marshfield, MA 02050 | | | | | | | uncertain |
| ACCOUNT NO.<br>Kenneth Hopkins<br>405 Ashbrook Drive<br>Raleigh, NC 77609 | | | Possible time-barred personal injury tort claim. | | | X | 0.00 |
| ACCOUNT NO.<br>Kevin Glassett, Esq.<br>Murray & Murray<br>2 Center Plaza, Suite 420<br>Boston, MA 02108 | | | | | | | uncertain |
| ACCOUNT NO. KER-HB125-ASF/K4<br>KeyBank<br>Great Lakes<br>P.O. Box 3059<br>Milwaukee, WI 53201-3059 | | | | | | | 23,600.00 |
| ACCOUNT NO. 3764<br>M.D. Cabinetry, Inc.<br>1442 Broadway<br>Raynham, MA 02767 | | | | | | | 3,450.00 |

Sheet no. __2__ of __6__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 180,780.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.
Case 10-14491  Doc 15  Filed 05/11/10  Entered 05/11/10 14:51:53  Desc Main Document  Page 13 of 18

IN RE Rodolph, John J. _____ Case No. **10-14491-JNF**
            Debtor(s)                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Machado <br> 4 Beacon Street <br> Burlington, MA 01803 | | | | | | | uncertain |
| ACCOUNT NO. <br> Michael Jones <br> 65 Pleasant Street <br> Hingham, MA 02043 | | | | | | | uncertain |
| ACCOUNT NO. 53218-19380 <br> National Grid <br> P.O. Box 4300 <br> Woburn, MA 01888-4300 | | | | | | | 331.00 |
| ACCOUNT NO. 53218-19880 <br> National Grid <br> P.O. Box 4300 <br> Woburn, MA 01888-4300 | | | | | | | 185.00 |
| ACCOUNT NO. 53212-10160 <br> National Grid <br> P.O. Box 4300 <br> Woburn, MA 01888-4300 | | | | | | | 321.00 |
| ACCOUNT NO. 53212-10940 <br> National Grid <br> P.O. Box 4300 <br> Woburn, MA 01888-4300 | | | | | | | 268.00 |
| ACCOUNT NO. 53488-20520 <br> National Grid <br> P.O. Box 4300 <br> Woburn, MA 01888-4300 | | | | | | | 1,515.00 |

Sheet no. **3** of **6** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,620.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rodolph, John J. _____  Case No. **10-14491-JNF**
                              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7661777016** <br> National Grid <br> P.O. Box 1005 <br> Woburn, MA 01888-4300 | | | | | | | 14.00 |
| ACCOUNT NO. **8909170063** <br> National Grid <br> P.O. Box 1005 <br> Woburn, MA 01888-4300 | | | | | | | 20.00 |
| ACCOUNT NO. **3921866054** <br> National Grid <br> P.O. Box 1005 <br> Woburn, MA 01888-4300 | | | | | | | 12.00 |
| ACCOUNT NO. **6415488092** <br> National Grid <br> P.O. Box 1005 <br> Woburn, MA 01888-4300 | | | | | | | 47.00 |
| ACCOUNT NO. **1430669089** <br> National Grid <br> P.O. Box 1005 <br> Woburn, MA 01888 | | | | | | | 9.00 |
| ACCOUNT NO. **2675352077** <br> National Grid <br> P.O. Box 1005 <br> Woburn, MA 01888 | | | | | | | 17.00 |
| ACCOUNT NO. **2675348000** <br> National Grid <br> P.O. Box 1005 <br> Woburn, MA 01888 | | | | | | | 2,819.00 |

Sheet no. **4** of **6** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,938.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Rodolph, John J. _____  Case No. **10-14491-JNF**
               Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 516837305<br>National Grid<br>P.O. Box 1005<br>Woburn, MA 01888 | | | | | | | 2,249.00 |
| ACCOUNT NO. 1430664002<br>National Grid<br>P.O. Box 1005<br>Woburn, MA 01888 | | | | | | | uncertain |
| ACCOUNT NO. 7661781001<br>National Grid<br>P.O. Box 1005<br>Woburn, MA 01888 | | | | | | | 601.00 |
| ACCOUNT NO. 8909173055<br>National Grid<br>P.O. Box 1005<br>Woburn, MA 01888 | | | | | | | 20.00 |
| ACCOUNT NO.<br>Noonan Waste<br>P.O. Box 9<br>West Bridgewater, MA 02379 | | | | | | | 196.00 |
| ACCOUNT NO.<br>Outback Engineering<br>165 East Grove Street<br>Middlebourgh, MA 02346 | | | | | | | 2,000.00 |
| ACCOUNT NO.<br>Rogue Painting & Wallpapering<br>189 Highland Avenue<br>Fall River, MA 02720 | | | | | | | 10,000.00 |

Sheet no. __5__ of __6__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **15,066.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

IN RE Rodolph, John J. _____  Case No. **10-14491-JNF**
Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Simmons Floor<br>807 Nantasket Avenue<br>Hull, MA 02045 | | | | | | | 10,000.00 |
| ACCOUNT NO.<br>Stock Building Supplies<br>63 Bedford Street<br>Lakeville, MA 02347 | | | | | | | uncertain |
| ACCOUNT NO. 21541<br>T&K Asphalt Services, Inc.<br>P.O. Box 843063<br>Boston, MA 02284-3063 | | | | | | | 120.00 |
| ACCOUNT NO.<br>US Fire Prevention<br>1415 Hyde Park Avenue<br>Hyde Park, MA 02136 | | | | | | | 2,751.00 |
| ACCOUNT NO.<br>Welch Electrcial Systems, Inc.<br>190 Pleasant Street<br>Rockland, MA 02370 | | | | | | | 13,000.00 |
| ACCOUNT NO.<br>Yale Applianace<br>296 Freeport Street<br>Boston, MA 02122 | | | | | | | 1,837.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __6__ of __6__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ 27,708.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ 553,833.29

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rodolph, John J.** _____ Case No. **10-14491-JNF** _____
                              Debtor(s)                                                                                                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 693 Washington Street | Debtor leases residential apartments to tenants and is holding in escrow last months rent/security deposits. See attached. |
| 80 Walnut Street | Debtor leases residential apartments to tenants and is holding in escrow last months rent/security deposits. See attached. |
| 63 Franklin Avenue | Debtor leases residential apartments to tenants and is holding in escrow last months rent/security deposits. See attached. |
| 458 Market Street | Debtor leases residential apartments to tenants and is holding in escrow last months rent/security deposits. See attached. |
| 8 Union Street | Debtor leases residential apartments to tenants and is holding in escrow last months rent/security deposits. See attached. |
| 40 Summer Street<br>Weymouth, MA | Debtor leases residential apartments to tenants and is holding in escrow last months rent/security deposits. See attached. |
| 306/308 Middle Street<br>Weymouth, MA | Debtor leases residential apartments to tenants and is holding in escrow last months rent/security deposits. See attached. |
| 443 Adams Street<br>Abington, MA | Debtor leases residential apartments to tenants and is holding in escrow last months rent/security deposits. See attached. |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rodolph, John J.                                                    Case No. **10-14491-JNF**
                    Debtor(s)                                                              (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Green Hill Investment LLC<br>89 Pleasant Street<br>P.O. Box 168<br>Weymouth, MA  02190 | Hingham Institute For Savings<br>55 Main Street<br>Hingham, MA  02043 |
| Jack LLC<br>89 Pleasant Street<br>P.O. Box 168<br>Weymouth, MA  02190 | Hingham Institute For Savings<br>55 Main Street<br>Hingham, MA  02043 |
| Two Mile Road Realty Trust<br>89 Pleasant Street<br>P.O. Box 168<br>Weymouth, MA  02190 | Hingham Institute For Savings<br>55 Main Street<br>Hingham, MA  02043 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only