UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) |
| | ) |
| | ) Chapter 11 |
| John J. Rodolph, | ) Case No. 10-14491-JNF |
| | ) |
| Debtor. | ) |
| | ) |

## DECLARATION RE: ELECTRONIC FILING

I, Pamela A. Harbeson, ***hereby declare under penalty of perjury*** that all of the information contained in my *Affidavit of Pamela A. Harbeson in Support of Debtor's Motion to Employ Pamela A. Harbeson and the Law Firm of Looney & Grossman LLP as Counsel* (the "Affidavit"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Affidavit. I understand that failure to file this DECLARATION may cause the Affidavit to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Executed this 11 day of May, 2010.

_____
Pamela A. Harbeson (BBO #561479)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

1