UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| JOHN J. RODOLPH ) | Case No. 10-14491-JNF |
| ) | |
| Debtor. ) | |

**NOTICE OF CONTINUATION OF MEETING OF
CREDITORS PURSUANT TO BANKRUPTCY CODE § 341(a)**

PLEASE TAKE NOTICE that a continued meeting of creditors pursuant to Bankruptcy Code § 341(a) in the above referenced case has been scheduled for **Tuesday, July 27, 2010 at 12:30 p.m.** in Suite 1055, U.S. Trustee's Office, John W. McCormack Federal Building, 5 Post Office Square, 10th Floor, Boston, MA 02109−3934.

 John J. Rodolph
 By his attorneys,

 /s/ Michael A. Siedband_____
 Pamela A. Harbeson, Esq. BBO # 561479
 Michael A. Siedband, Esq. BBO # 676888
 LOONEY & GROSSMAN, LLP
 101 Arch Street
 Boston, MA   02110
 (617) 951-2800 phone
 (617) 951-2819 fax
June 30, 2010 msiedband@lgllp.com

L: 11072/003/pld

## CERTIFICATION OF SERVICE

I, Michael A. Siedband, hereby certify that on June 30, 2010 I served a copy of the foregoing **Notice of Continuation of Meeting of Creditors Pursuant to Bankruptcy Code § 341(a)** by first class mail, postage pre-paid on the parties listed below:

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL  33131

Boston
U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA  02109-3945

Adams & Sammon
Counsellors At Law
800 Hingham Street, Suite 200N
Rockland, MA 02070

Allied Waste Services
P.O. Box 9001099
Louisville, KY 40290-1099

Anderson & Kreiger LLP
One Canal Park, Suite 200
Cambridge, MA 02141-1714

BAC Home Loan
4161 Piedmont Parkway
Greensboro, NC 27410-8110

Chase Mortgage
P.O. Box 24573
Columbus, OH 43224

Citibank
P.O. Box 790110
St. Louis, MO 63179

Clean Harbor Env. Services

L: 11072/003/pld

42 Longwater Drive
P.O. Box 9149
Norwell, MA 02061-9149

Countrywide
P.O. Box 5170
Simi Valley, CA 93062

Creed & Formica
1775 Ocean Street
Marshfield, MA 02050

Ed May Fencing Contractor
37 Pine Street
Middleboro, MA 02346

GMAC Mortgage, LLC
3451 Hammond Avenue
Waterloo, IA 50702

Geogan & Geogan, P.C.
379 Union Street
P.O. Box 313
Rockland, MA 02370

Green Hill Investment LLC
89 Pleasant Street
P.O. Box 168
Weymouth, MA 02190

Group 2 Advertising, Inc.
2002 Ludlow Street
Philadelphia, PA 19103

Hingham Institute For Savings
55 Main Street
Hingham, MA 02043

Jack LLC
89 Pleasant Street
P.O. Box 168
Weymouth, MA 02190

Jay Creed

1775 Ocean Street
Marshfield, MA 02050

KEYBANK
C/O WELTMAN, WEINBERG & REIS
323 W. LAKESIDE AVE., 2ND FL
CLEVELAND, OH 44113

Kevin Glassett, Esq.
Murray & Murray
2 Center Plaza, Suite 420
Boston, MA 02108

KeyBank
Great Lakes
P.O. Box 3059
Milwaukee, WI 53201-3059

M.D. Cabinetry, Inc.
1442 Broadway
Raynham, MA 02767

Machado
4 Beacon Street
Burlington, MA 01803

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Michael Jones
65 Pleasant Street
Hingham, MA 02043

National City
3232 Newmark Drive
Miamisburg, OH 45342

National Grid
Bankruptcy Dept C-3
300 Erie Blvd West
Syracuse, NY 13202

National Grid
P.O. Box 1005
Woburn, MA 01888

National Grid
P.O. Box 1005
Woburn, MA 01888-4300

National Grid
P.O. Box 4300
Woburn, MA 01888-4300

Noonan Waste
P.O. Box 9
West Bridgewater, MA 02379

Outback Engineering
165 East Grove Street
Middlebourgh, MA 02346

PNC Mortgage
B6-YM07-01-7
P.O. Box 1820
Dayton, OH 45401-1820

PNC Mortgage
C/O Harmon Law Offices, Erin Wright, Esq
150 California Street
Newton, MA 02458

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Rogue Painting & Wallpapering
189 Highland Avenue
Fall River, MA 02720

Simmons Floor
807 Nantasket Avenue
Hull, MA 02045

Stock Building Supplies
63 Bedford Street

Lakeville, MA 02347

T&K Asphalt Services, Inc.
P.O. Box 843063
Boston, MA 02284-3063

Town Of Abington
500 Gliniewicz Way
Abington, MA 02351

Town Of Abington
P.O. Box 2011
Abington, MA 02351

Town Of Abington
P.O. Box 2198
Abington, MA 02351

Town Of Marshfield
870 Moraine Street
Marshfield, MA 02050

Town Of Pembroke
P.O. Box 981053
Boston, MA 01198-1053

Town Of Rockland
P.O. Box 4122
Woburn, MA 01888-4122

Town Of Whitman
54 South Avenue
Whitman, MA 02382

Two Mile Road Realty Trust
89 Pleasant Street
P.O. Box 168
Weymouth, MA 02190

US Fire Prevention
1415 Hyde Park Avenue
Hyde Park, MA 02136

Welch Electrcial Systems, Inc.

L: 11072/003/pld

190 Pleasant Street
Rockland, MA 02370

Wembley LLC
89 Pleasant Street
Weymouth, MA 02190

Yale Applianace
296 Freeport Street
Boston, MA 02122

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA  02109

John J. Rodolph
297 Howard Street
Rockland, MA  02370

The undersigned further understands that the following parties received notice by email through the Court's electronic filing system.

- Paula R.C. Bachtell    paula.bachtell@usdoj.gov
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Paul J. Mulligan    bankruptcy@orlansmoran.com, anhsom@earthlink.net

/s/ Michael A. Siedband
Michael A. Siedband